HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
ANGIE B. HONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:19-PO-00180 JDP |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE** |
| ANGIE B. HONG, | ) ) ) | |
| Defendant. | ) ) ) | Date:   December 11, 2019 Time:   10:00 a.m. Judge:  Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Angie B. Hong, through her attorney Assistant Federal Defender Linda C. Allison, that the initial appearance scheduled for October 22, 2019, may be continued to December 11, 2019, at 10:00 a.m.

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, ANGIE B. HONG, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her Initial Appearance and be allowed to appear via video conference from the United States District Court in Reno, NV.  Ms. Hong agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender, Linda C. Allison, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  The government has no objection to this request.

-1-

Ms. Hong respectfully request this Court grant a waiver of is right and obligation to be personally present at the Initial Appearance and that he be permitted to appear via video conference from the United States District Court in Reno, NV.  Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 17, 2019            */s/ Linda C. Allison*              __
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for ANGIE B. HONG


McGREGOR W. SCOTT
United States Attorney


Dated:  October 17, 2019            */s/ Linda C. Allison for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

## ORDER

The above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Reno, NV for her Initial Appearance on December 11, 2019 at 10:00 a.m. is hereby accepted and adopted. The initial appearance is now continued from October 22, 2019 to December 11, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:    October 18, 2019

UNITED STATES MAGISTRATE JUDGE