1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ANGIE B. HONG

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  6:19-po-00180-JDP

12              Plaintiff,             **STIPULATION TO MODIFY SENTENCE**

13  vs.

14  ANGIE B. HONG

15              Defendant.

16

17       The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Angie Hong, hereby stipulate and jointly move this court to modify the terms of Ms.

20  Hong's sentence.

21       On December 10, 2019 Ms. Hong pleaded guilty to one count of possession of a controlled

22  substance (Citation No. 7576172).  On the same day the Honorable Jeremy Peterson sentenced Ms.

23  Hong to a deferred entry of judgment with 12 months unsupervised probation, a $500.00 fine, and

24  50 hours of community service.  To date, Ms. Hong has paid $800.00, $300.00 above her court

25  ordered fine.  Due to the ongoing COVID-19 pandemic and a 6-day weekly work schedule, the

26  opportunity to perform community service has been severely limited.  Very few non-profit

27  organizations will allow volunteers out of an abundance of caution to avoid spreading the virus.

28  Ms. Hong asks the court to modify her sentence of probation to allow the payment of an additional

1   $500.00 in lieu of the 50 hours of community service.  A total of $1000.00 in fines is consistent

2   with other DEJ cases. The government does not object.

3                                                          Respectfully submitted,

4                                                          McGREGOR SCOTT
                                                           United States Attorney

5

6   Dated:  October 8, 2020                    _/s/ Sean Anderson____
                                                           Sean Anderson
7                                                          Acting Legal Officer
                                                           National Park Service
8                                                          Yosemite National Park

9

10  Dated:  October 8, 2020                    HEATHER E. WILLIAMS
                                                           Federal Defender
11

12                                                         _/s/  Benjamin A. Gerson_____
                                                           BENJAMIN A. GERSON
13                                                         Assistant Federal Defender
                                                           Attorney for Defendant
14                                                         ANGIE B. HONG

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hong - Stipulation to modify sentence                    -2-

1

**O R D E R**

2          Good cause appearing, the above stipulation for defendant to pay an additional $500.00

3  in lieu of 50 hours of community service in case No. 6:19-po-00180-JDP is hereby accepted and

4  adopted as the order of this court.

5

6  IT IS SO ORDERED.

7

8  Dated:   __October 9, 2020__                    _____

9                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28