Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:19-po-00180-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING, TERMINATE PROBATION AND DISMISS; AND ORDER THEREON** |
| ANGIE B. HONG, | |
| Defendant. | |

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for November 17, 2020, terminate probation and dismiss *United States v. Hong, 6:19-po-00180-JDP*. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on December 10, 2019.

Dated: November 2, 2020          /S/ Sean O. Anderson
                                 Sean O. Anderson
                                 Legal Officer
                                 Yosemite National Park

1

**ORDER**

Upon application of the United States, and good cause having been shown, the review hearing scheduled for November 17, 2020 in the above referenced matter, *United States v. Hong, 6:19-po-00180-JDP*, is vacated, probation is terminated, and the case is dismissed.

IT IS SO ORDERED.

Dated:  **November 2, 2020**        /s/ Helena Barch-Kuchta
                                    UNITED STATES MAGISTRATE JUDGE